**EXHIBIT B**

Official Form I-797 Receipt Notices for Plaintiffs' and Plaintiffs' Minor Children's Form I-485 Applications for Adjustment of Status

**(REDACTED)**

**FIGUEROA-CONTRERAS LAW GROUP, PLLC**
IMMIGRATION & CRIMINAL TRIAL PRACTICE
THE MINORCA, 2030 SOUTH DOUGLAS ROAD, SUITE 204
CORAL GABLES, FLORIDA 33134
UNITED STATES
TEL. (+1) 305-639-8599 / FAX: (+1) 305-397-1384
WEB: *WWW.FIGUEROA-LAW.COM* / E-MAIL: *MIAMI@FIGUEROA-LAW.COM*

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | February 05, 2024 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-485, Application to Register Permanent Residence or Adjust Status | A242270480 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| WAC2490044162 | January 09, 2024 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| | Alien entrepreneur, Form I-526 | |

MARTIN J. KORNBLUM
C/O MICHAEL J. LIBERATORE MICHAEL J LIBERATORE P
1000 BRICKELL AVENUE STE 450
MIAMI, FL 33131

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,140.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.        Form I-797C    10/13/21

| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | February 05, 2024 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | A242270482 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| WAC2490044156 | January 09, 2024 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | |
| | Alien entrepreneur, Form I-526 | Dece___ |

FLORENCIA D. OLSZAK
C/O MICHAEL J. LIBERATORE MICHAEL J LIBERATORE P
1000 BRICKELL AVENUE STE 450
MIAMI, FL 33131

Z-00000583

**PAYMENT INFORMATION:**

| Application/Petition Fee: | $1,140.00 |
|---|---|
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

**USCIS Contact Center Number:**
(800)375-5283
**ATTORNEY COPY**




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C    10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | February 05, 2024 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | A242270483 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| WAC2490044159 | January 09, 2024 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| | Alien entrepreneur, Form I-526 | January 16, 2013 |

AGUSTIN S. KORNBLUM
C/O MICHAEL J. LIBERATORE MICHAEL J LIBERATORE P
1000 BRICKELL AVENUE STE 450
MIAMI, FL 33131

**PAYMENT INFORMATION:**

Application/Petition Fee:    $750.00
Total Amount Received:       $750.00
Total Balance Due:           $0.00

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
California Service Center
P.O. Box 30111
Laguna Niguel, CA  92607-0111

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.        Form I-797C  10/13/21

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | February 05, 2024 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | A242270481 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| WAC2490044153 | January 09, 2024 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| | Alien entrepreneur, Form I-526 | November 18, 2014 |

EMMA L. KORNBLUM
C/O MICHAEL J. LIBERATORE MICHAEL J LIBERATORE P
1000 BRICKELL AVENUE STE 450
MIAMI, FL 33131

Z 00000379

**PAYMENT INFORMATION:**

Application/Petition Fee: $750.00
Total Amount Received: $750.00
Total Balance Due: $0.00

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 10/13/21