**EXHIBIT C**

Screen capture of USCIS' online case processing time tool, showing current average processing times for I-526E Petitions and employment-based Form I-485 applications

FIGUEROA-CONTRERAS LAW GROUP, PLLC
IMMIGRATION & CRIMINAL TRIAL PRACTICE
THE MINORCA, 2030 SOUTH DOUGLAS ROAD, SUITE 204
CORAL GABLES, FLORIDA 33134
UNITED STATES
TEL. (+1) 305-639-8599 / FAX: (+1) 305-397-1384
WEB: *WWW.FIGUEROA-LAW.COM* / E-MAIL: *MIAMI@FIGUEROA-LAW.COM*

Para tener acceso a este sitio en español, presione aquí (./es)

# Check Case Processing Times

ⓘ **Alert**

USCIS processing times for certain form types may no longer reference a specific service center location (for example, Vermont Service Center). We are in the process of adjusting all processing times for service center-related forms to now list "Service Center Operations (SCOPS)." Service Center Operations has expanded its capability to process casework at multiple locations, at various points in time, based on business needs and staffing requirements. Therefore, listing a specific location is no longer an accurate representation of where a case is processed. ** We are adjusting our case processing time metrics to provide the most accurate and up-to-date information by form type.

While certain form processing times are now listed under Service Center Operations, you may continue to receive correspondence from USCIS listing a specific service center location.

**Select your form, form category, and the office that is processing your case**

Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the More Information About Case Processing Times (./more-info) page.

**Form ***

[ I-485 | Application to Register Permanent Resider ▾ ]

**Form Category ***

[ Employment-based adjustment applications ▾ ]

**Field Office or Service Center ***

[ California Service Center ▾ ]

Get processing time

## Processing time for Application to Register Permanent Residence or Adjust Status (I-485) at California Service Center

**80% of cases are completed within**

**26**

Months

Check your case status (https://egov.uscis.gov/casestatus/landing.do) to track the status of an immigration application, petition, or request.

ⓘ **Notes**

Visa-regressed adjustment applications are not included in the processing times shown on the website. If an applicant's priority date is not earlier than the applicable visa available cut-off date published in the Visa Bulletin (available at http://travel.state.gov) their adjustment of status application cannot be approved until a visa is available to the applicant based on their priority date, preference category, and country of chargeability. To find processing times for employment-based Forms I-485 in the first, second, and third preference categories, use the filters for field office locations. The processing time listed for the Texas Service Center and Nebraska Service Center is only for fourth-preference Form I-485 employment-based cases that those centers continue to work on. The processing time listed for the California Service Center is only for fifth-preference Form I-485 employment-based cases that the California Service Center continues to work on.

ⓘ **What does this processing time mean?**

We generally process cases in the order we receive them. This processing time is based on how long it took us to complete 80% of adjudicated cases over the past six months. Each case is unique, and some cases may take longer than others. Processing times should be used as a reference point, not an absolute measure of how long your case will take to be completed.

Learn more about processing times (./more-info).

ⓘ **When can I ask about my case?**

Many routine factors impact how quickly a case is processed. We only allow inquiries for cases that are well outside the processing time listed above.