AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Martin J. KORNBLUM, et al., <br><br> *Plaintiff(s)* <br><br> v. <br><br> U.S. Attorney General et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:25-cv-02424 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  U.S. Attorney's Office
Middle District of Florida
400 N. Tampa Street, Suite 3200
TAMPA, FL 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristin D. Figueroa-Contreras, Esq., B.C.S.,
Figueroa-Contreras Law Group, PLLC
2030 S. Douglas Rd. Suite 204
Coral Gables, FL 33134
Telephone: (305) 639-8599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Martin J. KORNBLUM, et al., <br><br> *Plaintiff(s)* <br> v. <br> U.S. Attorney General et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 8:25-cv-02424 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PAMELA J. BONDI,
ATTORNEY GENERAL OF THE UNITED STATES;
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristin D. Figueroa-Contreras, Esq., B.C.S.,
Figueroa-Contreras Law Group, PLLC
2030 S. Douglas Rd. Suite 204
Coral Gables, FL 33134
Telephone: (305) 639-8599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                                                        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Martin J. KORNBLUM, et al., <br><br> *Plaintiff(s)* <br><br> v. <br><br> U.S. Attorney General et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:25-cv-02424 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Kristi NOEM, Secretary
U.S. Department of Homeland Security
Office of the General Counsel
Martin Luther King Jr. Ave SE
Washington, DC 20528-0485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristin D. Figueroa-Contreras, Esq., B.C.S.,
Figueroa-Contreras Law Group, PLLC
2030 S. Douglas Rd. Suite 204
Coral Gables, FL 33134
Telephone: (305) 639-8599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Midddle District of Florida

| | | |
|---|---|---|
| Martin J. KORNBLUM, et al., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) ) ) ) ) ) ) | Civil Action No. . 8:25-cv-02424 |
| U.S. Attorney General et al. | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Angelica ALFONSO-ROYALS, Acting Director
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
Office of the Chief Counsel
Mail Stop 2120
5900 Capital Gateway Drive
Camp Springs, MD 20588-0009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Kristin D. Figueroa-Contreras, Esq., B.C.S.,
    Figueroa-Contreras Law Group, PLLC
    2030 S. Douglas Rd. Suite 204
    Coral Gables, FL 33134
    Telephone: (305) 639-8599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                          *CLERK OF COURT*

Date: _____

                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Martin J. KORNBLUM, et al., )
)
)
)
*Plaintiff(s)* )
)
v. ) Civil Action No. 8:25-cv-02424
)
U.S. Attorney General et al. )
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  KASH PATEL,
FBI DIRECTOR
FEDERAL BUREAU OF INVESTIGATION
935 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20535-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Kristin D. Figueroa-Contreras, Esq., B.C.S.,
    Figueroa-Contreras Law Group, PLLC
    2030 S. Douglas Rd. Suite 204
    Coral Gables, FL 33134
    Telephone: (305) 639-8599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                          *Signature of Clerk or Deputy Clerk*